IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE BULBOFF<br>    *Plaintiff*, | : | |
| | | CIVIL ACTION<br>NO. 18-4532 |
| v. | : | |
| HOSPITAL OF THE UNIVERSITY OF<br>PENNSYLVANIA<br>    *Defendant*. | : | |

## **ORDER**

AND NOW, this 17th day of May 2019, upon consideration of Defendant's Motion to Dismiss (Doc. No. 4), Plaintiff's Response thereto (Doc. No. 5), and Defendant's Reply (Doc. No. 8), it is hereby ORDERED that Defendant's Motion to Dismiss Count IV is GRANTED and the court declines to exercise supplemental jurisdiction over the remaining state law claims.

It is further ORDERED that the Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/  C. Darnell Jones, II    J.